1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11   JOE MARTINEZ, JR.,
                                              1:24-cv-00527-EPG (PC)
12                    Plaintiff,

13          v.                                ORDER GRANTING APPLICATION TO
                                              PROCEED *IN FORMA PAUPERIS*
14   TYSON POGUE, *et al.*,
                                              (ECF No. 6)
15                    Defendants.
                                              AND
16
                                              ORDER DIRECTING PAYMENT
17                                            OF INMATE FILING FEE BY THE
                                              MADERA COUNTY SHERIFF
18

19          Plaintiff Joe Martinez, Jr. is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983

20   and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 6).

21   Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in*

22   *forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for

23   this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the

24   amount of twenty percent of the preceding month's income credited to Plaintiff's trust account.

25   The Madera County Sheriff is required to send to the Clerk of the Court payments from Plaintiff's

26   account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid

27   in full. 28 U.S.C. § 1915(b)(2).

28

1     Accordingly, IT IS ORDERED that:

2       1.  Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is **GRANTED**;

3       **2.  The Madera County Sheriff or his designee shall collect payments from**

4 **Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the**

5 **preceding month's income credited to the prisoner's trust account and shall forward**

6 **those payments to the Clerk of the Court each time the amount in the account**

7 **exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has**

8 **been collected and forwarded to the Clerk of the Court. The payments shall be**

9 **clearly identified by the name and number assigned to this action.**

10       3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

11 Plaintiff's *in forma pauperis* application on the Madera County Sheriff located at 2725

12 Falcon Drive, Madera, CA 93637.

13       4.   The Clerk of the Court is directed to serve a copy of this order on the Financial

14 Department, U.S. District Court, Eastern District of California, Sacramento Division.

15 IT IS SO ORDERED.

16

17 Dated:  **May 16, 2024**            /s/ Erica P. Grosjean

18                               UNITED STATES MAGISTRATE JUDGE