UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MARTINEZ, JR.,<br><br>                                Plaintiff,<br><br>        v.<br><br>SERGEANT VILLANUEVA, et al.,<br><br>                                Defendants. | Case No. 1:24-cv-00527-JLT-EPG (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 60)<br><br>ORDER TO CLERK TO CHANGE LEAD DEFENDANT DESIGNATION |

Plaintiff Joe Martinez, Jr. was a state prisoner during the events in this case, and he is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.[1]

On January 23, 2026, Defendants filed a motion for summary judgment. (ECF No. 60). Defendants attempted to serve their motion, but on February 10, 2026, Defendants filed a Notice of Undeliverable Mail. (ECF No. 61). Plaintiff filed a Notice of Change of Address on February 17, 2026. (ECF No. 63). Defendants filed a certificate of service on February 19, 2026, confirming that the motion for summary judgment was served on Plaintiff at his new address (ECF No. 66). Plaintiff then had thirty days to file his response (ECF No. 60-4 at 2) but did not do so.

---

[1] Plaintiff appears to have been released from custody. (ECF No. 63).

1

While a motion for summary judgment cannot be granted by default, *Heinemann v. Satterberg*, 731 F.3d 914, 916 (9th Cir. 2013), the Court does have other options when a party fails to respond.  For example, if Plaintiff fails to respond, the Court may treat the facts asserted by Defendants as "undisputed for purposes of the motion."  Fed. R. Civ. P. 56(e)(2).  Alternatively, if Plaintiff fails to oppose the motion or file a statement of non-opposition, the Court may recommend that this case be dismissed for failure to prosecute and failure to comply with a court order.

Accordingly, the Court will give Plaintiff one more opportunity to file a response.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for summary judgment (ECF No. 60).

2. If Plaintiff fails to comply with this order, in ruling on Defendants' motion for summary judgment the Court may treat the facts asserted by Defendants in their motion for summary judgment as undisputed.  Alternatively, the Court may recommend that this case be dismissed for failure to prosecute and failure to comply with a court order.

3. The Court further orders the Clerk to change the case caption to note the lead defendant as Sergeant Villanueva.

IT IS SO ORDERED.

Dated:   **April 6, 2026**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

2