**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE MARTINEZ, JR., | Case No. 1:24-cv-00527 JLT EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT BE DENIED |
| v. | |
| SERGEANT VILLANUEVA, et al., | |
| Defendants. | (Docs. 52 & 67) |

Joe Martinez Jr. was a pretrial detainee confined in Madera County Jail. He now proceeds *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 10, 2025, Plaintiff filed a motion for leave to file a second amended complaint. (Doc. 52). On March 17, 2026, the assigned magistrate judge recommended that the motion be denied because, among other things, the matter is in the late stage of litigation, Plaintiff's request is unduly delayed, and amendment would be prejudicial to Defendants. (Doc. 67 at 5-6.) The Court served the findings and recommendations on Plaintiff, informed him that objections were due in 30 days, and warned him that failure to timely file objections may result in the waiver of rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839-39

(2014).) The deadline for filing objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1.  The findings and recommendations issued March 17, 2026 (Doc. 67) are **ADOPTED IN FULL**.

2.  The motion to amend (Doc. 52) is **DENIED**.

IT IS SO ORDERED.

Dated:    **May 8, 2026**

UNITED STATES DISTRICT JUDGE